P. NOAH RANDALL (SBN 136452)
LAW OFFICE OF P. NOAH RANDALL
21 Orinda Way Suite C #316
Orinda, California 94563
Tel: (925) 253-5540

PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218943)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:   (650) 780-1701
Email:       pamela.cogan@rmkb.com, stacy.tucker@rmkb.com,

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS DENISON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　　Defendants. | Case No.  4:16-cv-06002 KAW<br><br>**JOINT STIPULATION TO DISMISS** |

**IT IS HEREBY STIPULATED** by and between the Plaintiff, NICHOLAS DENISON, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is

submitted, concur with the Stipulation's content and have authorized its filing.

Dated:  January 3, 2017                LAW OFFICE OF P. RANDALL NOAH

                                       By: */s/ P. Randall Noah*
                                           P. RANDALL NOAH
                                           Attorneys for Plaintiff
                                           NICHOLAS DENISON

Dated:  January 3, 2017                ROPERS, MAJESKI, KOHN & BENTLEY

                                       By: */s/ Stacy M. Tucker*
                                           PAMELA E. COGAN
                                           STACY M. TUCKER
                                           Attorneys for Defendant
                                           LIBERTY LIFE ASSURANCE
                                           COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS DENISON,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendants. | Case No. 4:16-cv-06002 KAW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    Pursuant to the stipulation between Plaintiff Nicholas Denison and Defendant Liberty Life Assurance Company of Boston, by and through their respective attorneys of record, this Court grants the parties' joint stipulation to dismiss and hereby dismisses the action with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

    IT IS SO ORDERED:

Dated: January  5 , 2017

                                                                    *Kandis Westmore*
                                                              U. S. ~~District~~ Judge
                                                                    Magistrate

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

4851-0934-4063.1